# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica M. Watson          CHAPTER 13

         <u>Debtor(s)</u>          BKY. NO. 20-10705 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

         Respectfully submitted,
         **/s/ Rebecca A. Solarz Esquire**
         Rebecca A Solarz, Esquire
         Kevin G. McDonald, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322