**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JESSICA WATSON | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 20-10705 |

**ORDER**

**AND NOW**, this ____ day of ____ , 2020, upon Motion of the

Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this

case unless relief from same is granted.

BY THE COURT:

_____ J.