United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-10705-amc
Jessica M. Watson                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Virginia          Page 1 of 1              Date Rcvd: Feb 26, 2020
                               Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db            +Jessica M. Watson,    207 N. Broad Street,    Nazareth, PA 18064-1506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
        PAUL H. YOUNG    on behalf of Debtor Jessica M. Watson support@ymalaw.com,  ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 4

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JESSICA M. WATSON　　　:　　　CHAPTER 13
　　　　　　　　　　　　　　　　:
　　　Debtor　　　　　　　　　:　　　NO. 20-10705

## ORDER

AND NOW, this  26th　　　　　day of  February　　　　　, 2020, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **March 4, 2020** in which to file the

Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge