United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 20-10705-amc
Jessica M. Watson                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                  Page 1 of 2                    Date Rcvd: Feb 27, 2020
                              Form ID: pdf900             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
```
db            +Jessica M. Watson,    207 N. Broad Street,    Nazareth, PA 18064-1506
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14462215      +Americollect Inc,    P.o. Box 1654,    Green Bay, WI 54305-1654
14462216      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
14462221      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14462224      +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14462226       Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
14462227      +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14467130      +Quicken Loans Inc.,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14462230      +Receivables Management,    1312 W Westridge Blvd,    Greensburg, IN 47240-3251
14462231      +Security Credit Servic,    306 Enterprise Drive,    Oxford, MS 38655-2762
14462233       Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2020 03:33:40
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2020 03:33:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14462214       E-mail/Text: ebn@americollect.com Feb 28 2020 03:33:49     Americollect Inc,
                1851 S Alverno Road,    Manitowoc, WI 54221
14462213      +E-mail/Text: bky@americanprofit.net Feb 28 2020 03:33:52     American Profit Recove,
                34505 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-3288
14462217      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2020 03:42:53
                Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14462218      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 28 2020 03:34:05     Credit Coll,
                Po Box 607,    Norwood, MA 02062-0607
14462219      +E-mail/Text: mrdiscen@discover.com Feb 28 2020 03:33:26     Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
14462220      +E-mail/Text: bknotice@ercbpo.com Feb 28 2020 03:33:48     Enhanced Recovery Co L,
                Po Box 57547,    Jacksonville, FL 32241-7547
14462222      +E-mail/Text: bankruptcy@flagshipcredit.com Feb 28 2020 03:33:50     Flagship Credit Accept,
                Po Box 3807,    Coppell, TX 75019-5877
14462223       E-mail/Text: ben.meyer@gcu.edu Feb 28 2020 03:33:24     Grand Canyon Universit,
                3300 W Camelback Rd,    Phoenix, AZ 85017
14462225      +E-mail/Text: bncnotices@becket-lee.com Feb 28 2020 03:33:26     Kohls/capone,    Po Box 3115,
                Milwaukee, WI 53201-3115
14464026       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 03:42:10     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14462228      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 28 2020 03:42:32     Merrick Bank Corp,
                Po Box 9201,    Old Bethpage, NY 11804-9001
14465719       E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2020 03:33:35
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                Kirkland, WA  98083-0788
14462229      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 28 2020 03:33:52     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
14471973      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 28 2020 03:33:52     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
14462232      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 28 2020 03:33:23
                Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 17
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4            User: Lisa                  Page 2 of 2                   Date Rcvd: Feb 27, 2020
                                Form ID: pdf900             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Jessica M. Watson support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JESSICA WATSON | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 20-10705 |

**ORDER**

**AND NOW**, this _____ day of _____, 2020, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____ J.