```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 20-10705-pmm
Jessica M. Watson                                              Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 2           Date Rcvd: Mar 16, 2020
                            Form ID: 309I          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db            +Jessica M. Watson,    207 N. Broad Street,    Nazareth, PA 18064-1506
tr            +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                Reading, PA 19606-2265
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14462215      +Americollect Inc,    P.o. Box 1654,    Green Bay, WI 54305-1654
14462221      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14462226       Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
14462230      +Receivables Management,    1312 W Westridge Blvd,    Greensburg, IN 47240-3251
14462231      +Security Credit Servic,    306 Enterprise Drive,    Oxford, MS 38655-2762
14462233       Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: support@ymalaw.com Mar 17 2020 03:57:50     PAUL H. YOUNG,
                Young, Marr & Associates,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA  19020
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:05
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 17 2020 03:58:11     United States Trustee,
                Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14462214       E-mail/Text: ebn@americollect.com Mar 17 2020 03:58:14     Americollect Inc,
                1851 S Alverno Road,    Manitowoc, WI 54221
14462213      +E-mail/Text: bky@americanprofit.net Mar 17 2020 03:58:17     American Profit Recove,
                34505 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-3288
14462216      +EDI: TSYS2.COM Mar 17 2020 07:48:00      Barclays Bank Delaware,    P.o. Box 8803,
                Wilmington, DE 19899-8803
14462217      +EDI: CAPITALONE.COM Mar 17 2020 07:48:00      Capital One Bank Usa N,    Po Box 30281,
                Salt Lake City, UT 84130-0281
14482522       EDI: BL-BECKET.COM Mar 17 2020 07:49:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
14462218      +EDI: CCS.COM Mar 17 2020 07:48:00      Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
14462219      +EDI: DISCOVER.COM Mar 17 2020 07:48:00      Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
14462220      +E-mail/Text: bknotice@ercbpo.com Mar 17 2020 03:58:14     Enhanced Recovery Co L,
                Po Box 57547,    Jacksonville, FL 32241-7547
14462222      +E-mail/Text: bankruptcy@flagshipcredit.com Mar 17 2020 03:58:15     Flagship Credit Accept,
                Po Box 3807,    Coppell, TX 75019-5877
14462223       E-mail/Text: ben.meyer@gcu.edu Mar 17 2020 03:57:53     Grand Canyon Universit,
                3300 W Camelback Rd,    Phoenix, AZ 85017
14462224      +EDI: IIC9.COM Mar 17 2020 07:48:00      I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14462225      +E-mail/Text: bncnotices@becket-lee.com Mar 17 2020 03:57:55     Kohls/capone,    Po Box 3115,
                Milwaukee, WI 53201-3115
14464026       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2020 04:01:50     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14462227      +EDI: TSYS2.COM Mar 17 2020 07:48:00      Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14462228      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 17 2020 04:12:09     Merrick Bank Corp,
                Po Box 9201,    Old Bethpage, NY 11804-9001
14465719       EDI: Q3G.COM Mar 17 2020 07:48:00      Quantum3 Group LLC as agent for,
                Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA  98083-0788
14462229      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 17 2020 03:58:16     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
14471973      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 17 2020 03:58:16     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
14462232      +EDI: VERIZONCOMB.COM Mar 17 2020 07:48:00      Verizon,    500 Technology Dr,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: Keith                Page 2 of 2          Date Rcvd: Mar 16, 2020
                              Form ID: 309I              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Jessica M. Watson support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jessica M. Watson** | Social Security number or ITIN  **xxx–xx–7454** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **2/3/20** |
| Case number: | **20–10705–pmm** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jessica M. Watson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 207 N. Broad Street<br>Nazareth, PA 18064 | |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Contact phone (215) 639–5297<br><br>Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email:  ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 3/16/20 |

**For more information, see page 2**

Debtor **Jessica M. Watson**   Case number **20–10705–pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 14, 2020 at 3:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/13/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/13/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/1/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $590.22 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/28/20** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |