United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10705-pmm
Jessica M. Watson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 2              Date Rcvd: Sep 11, 2020
                              Form ID: pdf900          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
```
db              +Jessica M. Watson,    207 N. Broad Street,    Nazareth, PA 18064-1506
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14462215        +Americollect Inc,    P.o. Box 1654,    Green Bay, WI 54305-1654
14462216        +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
14482522         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14462221        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14462224        +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14462226         Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
14462227        +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14484503        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
14467130        +Quicken Loans Inc.,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14462230        +Receivables Management,    1312 W Westridge Blvd,    Greensburg, IN 47240-3251
14462231        +Security Credit Servic,    306 Enterprise Drive,    Oxford, MS 38655-2762
14462233         Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2020 04:51:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2020 04:51:32     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14462214         E-mail/Text: ebn@americollect.com Sep 12 2020 04:51:25     Americollect Inc,
                  1851 S Alverno Road,    Manitowoc, WI 54221
14462213        +E-mail/Text: bky@americanprofit.net Sep 12 2020 04:51:32     American Profit Recove,
                  34505 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-3288
14480919        +E-mail/Text: bnc@atlasacq.com Sep 12 2020 04:50:48     Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303,    Attn:  Avi Schild
14490952        +E-mail/Text: bnc@atlasacq.com Sep 12 2020 04:50:48     Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
14462217        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2020 05:02:11
                  Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14462218        +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 12 2020 04:51:53     Credit Coll,
                  Po Box 607,    Norwood, MA 02062-0607
14493259         E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2020 04:50:57
                  Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA  98083-0657
14462219        +E-mail/Text: mrdiscen@discover.com Sep 12 2020 04:50:45     Discover Fin Svcs Llc,    Pob 15316,
                  Wilmington, DE 19850-5316
14462220        +E-mail/Text: bknotice@ercbpo.com Sep 12 2020 04:51:23     Enhanced Recovery Co L,
                  Po Box 57547,    Jacksonville, FL 32241-7547
14462222        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 12 2020 04:51:27     Flagship Credit Accept,
                  Po Box 3807,    Coppell, TX 75019-5877
14462223         E-mail/Text: ben.meyer@gcu.edu Sep 12 2020 04:50:42     Grand Canyon Universit,
                  3300 W Camelback Rd,    Phoenix, AZ 85017
14493694         E-mail/Text: ben.meyer@gcu.edu Sep 12 2020 04:50:42     Grand Canyon University,
                  Attn Office of General Counsel,    PO Box 11097,    Phoenix, AZ 85061
14462225        +E-mail/Text: PBNCNotifications@peritusservices.com Sep 12 2020 04:50:45     Kohls/capone,
                  Po Box 3115,    Milwaukee, WI 53201-3115
14464026         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:51     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14462228        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 12 2020 05:01:45     Merrick Bank Corp,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
14484473         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 05:02:14
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14465719         E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2020 04:50:57
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
14462229        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2020 04:51:31      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
14471973        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2020 04:51:31      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
14492102        +E-mail/Text: bncmail@w-legal.com Sep 12 2020 04:51:26      SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14462232        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 12 2020 04:50:39
                  Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 23
```

```
District/off: 0313-4          User: Randi              Page 2 of 2              Date Rcvd: Sep 11, 2020
                              Form ID: pdf900          Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                         Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Jessica M. Watson support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  JESSICA M. WATSON | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  20-10705 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: September 11, 2020**

PATRICIA M . MAYER
U.S. BANKRUPTCY JUDGE