# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **JESSICA WATSON**         :   CHAPTER 13
                                    :
         **Debtor**                  :   BANKRUPTCY NO. 20-10705

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the Application for Compensation of Counsel Fees filed in the above debtor's case, docket number 27, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: September 14, 2020